| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| David C. Wakefield, Esq.   Bar #: 185736<br>Law Offices of David C. Wakefield<br>10620 Treena Street, Suite 230<br>San Diego, CA 92131<br>Telephone:  619.241.7112; Facsimile:  619.342.7755<br>E-mail:    dcw@DMWakeLaw.com | |

ATTORNEY(S) FOR:  Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED AFRICAN-ASIAN ABILITIES CLUB;<br>011 UAAAC MEMBER<br>Plaintiff(s),<br>v.<br>SILVER HORIZONS LLC; and DOES 1<br>THROUGH 10, Inclusive<br>Defendant(s) | CASE NUMBER:<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for NITED AFRICAUNITED AFRICAN-ASIAN ABILITIES CLUB; 011 UAAAC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| SILVER HORIZONS LLC | NONE |

09/07/2017
Date

s/David C. Wakefield
Signature

Attorney of record for (or name of party appearing in pro per):

David C. Wakefield